B1 (Official Form 1) (1/08)

| UNITED STATES BANKRUPTCY COURT<br>SOUTHERN DISTRICT OF TEXAS<br>CORPUS CHRISTI DIVISION | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**USA Dry Van Logistics, L.L.C.** | Name of Joint Debtor (Spouse)  (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all):  **20-8046063** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State):<br>**3101 West Military Highway<br>McAllen, TX**   ZIP CODE **78503** | Street Address of Joint Debtor (No. and Street, City, and State):   ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**Hidalgo** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):   ZIP CODE | Mailing Address of Joint Debtor (if different from street address):   ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):   ZIP CODE | |

**Type of Debtor**
(Form of Organization)
(Check one box.)

- [ ] Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- [x] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box.)

- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other

**Tax-Exempt Entity**
(Check box, if applicable.)

- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed**  (Check one box.)

- [ ] Chapter 7
- [ ] Chapter 9
- [x] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box.)

- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [x] Debts are primarily business debts.

**Filing Fee**  (Check one box.)

- [x] Full Filing Fee attached.
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only).  Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [x] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- [x] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

*Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas (210) 561-5300, Copyright 1996-2009 (Build 9.0.56.2, ID 0846438971)*

**B1 (Official Form 1) (1/08)** Page 2

| Voluntary Petition<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s):  **USA Dry Van Logistics, L.L.C.** |
|---|---|

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet.)

| Location Where Filed: | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor   (If more than one, attach additional sheet.)

| Name of Debtor: | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

<table>
<tr>
<td><b>Exhibit A</b><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition.</td>
<td><b>Exhibit B</b><br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.  I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X_____<br> Date </td>
</tr>
</table>

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No.

### Exhibit D

(To be completed by every individual debtor.  If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

    ☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

    ☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence.  (If box checked, complete the following.)

    _____
    (Name of landlord that obtained judgment)

    _____
    (Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification.  (11 U.S.C. § 362(l)).

B1 (Official Form 1) (1/08)                                                                                   Page 3

| **Voluntary Petition** | Name of Debtor(s): **USA Dry Van Logistics, L.L.C.** |
|---|---|
| *(This page must be completed and filed in every case)* | |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____

X _____

Telephone Number (If not represented by attorney)
_____

Date _____

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

### Signature of Attorney*

X **/s/ R. Glen Ayers and David S. Gragg**
   **R. Glen Ayers and David S. Gragg**  Bar No. **01467500/08253300**

**Langley & Banack, Inc.**
**745 E Mulberry Ave.**
**STE 900**
**San Antonio, TX 78212-3166**

Phone No. **(210) 736-6600**   Fax No. **(210) 735-6889**

02/02/2010
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**USA Dry Van Logistics, L.L.C.**

X **/s/ Sergio F. Lagos**
Signature of Authorized Individual

 **Sergio F. Lagos**
Printed Name of Authorized Individual

 **Managing Member**
Title of Authorized Individual

**02/02/2010**
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

Address
_____
X _____

_____
Date

Signature of bankruptcy petiton preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION**

IN RE:   **USA Dry Van Logistics, L.L.C.**                                    CASE NO

                                                                              CHAPTER   **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept: | Fixed Fee: | **$125,000.00** |
| Prior to the filing of this statement I have received: | | **$125,000.00** |
| Balance Due: | | **$0.00** |

2. The source of the compensation paid to me was:
   ☑ Debtor            ☐ Other (specify)

3. The source of compensation to be paid to me is:
   ☑ Debtor            ☐ Other (specify)

4. ☑  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐  I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
   a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b.  Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;
   c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

---

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **02/02/2010** | **/s/ R. Glen Ayers and David S. Gragg** |
| *Date* | *R. Glen Ayers and David S. Gragg*     Bar No.  01467500/0825330 |
| | Langley & Banack, Inc. |
| | 745 E Mulberry Ave. |
| | STE 900 |
| | San Antonio, TX 78212-3166 |
| | Phone: (210) 736-6600 / Fax: (210) 735-6889 |

---

**/s/ Sergio F. Lagos**

*Sergio F. Lagos*
*Managing Member*

B4 (Official Form 4) (12/07)

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
### CORPUS CHRISTI DIVISION

IN RE:   **USA Dry Van Logistics, L.L.C.**                          Case No.

                                                                   Chapter   **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims.  The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case.  The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims.  If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address, including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, goverment contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| VIPA | | Trade Debt | | $60,034.00 |
| Fletes Pavi Carr Atotonilco Guadalajara | | Trade Debt | | $51,000.00 |
| HG Transportaciones | | Services | | $49,255.00 |
| Gonzalez Trucking | | Services | | $47,233.00 |
| Transportes Elola, SA DE CV Carr Mexico Queretaro KM 34.5 | | Services | | $42,917.00 |
| R.S. Transfer, SA de CV | | Trade Debt | | $41,595.00 |

B4 (Official Form 4) (12/07)

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## CORPUS CHRISTI DIVISION

IN RE:   **USA Dry Van Logistics, L.L.C.**                              Case No.

Chapter   **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

*Continuation Sheet No. 1*

| (1)<br><br><br><br>Name of creditor and complete mailing address, including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br><br><br><br>Nature of claim (trade debt, bank loan, goverment contract, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5)<br><br><br>Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Transportadora Jema, SA DE CV<br>Carretera Mty Monclova KM 5.3 | | Services | | **$34,831.00** |
| Transportes Villarreal Berlang<br>Carr A Piedras Negras KM 9.7 | | Trade Debt | | **$33,734.00** |
| Central De Fletes Monterrey SA<br>KM 21.5 Carr Nuevo Laredo | | Services | | **$32,049.00** |
| TNL Express, SA DE CV<br>Carr Aeropuerto KM 1-A | | Trade Debt | | **$31,298.00** |
| Transportes Especial Autorizada SA<br>Carr Nacional KM 14 | | Trade Debt | | **$28,001.00** |
| Velotrans, SA de CV<br>Independencia No. 110 | | Trade Debt | | **$16,888.00** |
| Grupo Camionera Regional | | Trade Debt | | **$16,380.00** |

B4 (Official Form 4) (12/07)

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## CORPUS CHRISTI DIVISION

IN RE:   **USA Dry Van Logistics, L.L.C.**                    Case No.

Chapter   **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

*Continuation Sheet No. 2*

| (1) Name of creditor and complete mailing address, including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, goverment contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Autolineas MH, SA DE CV<br>Carratera Laredo KM. 26 | | Services | | **$13,975.00** |
| Super Transporte Internacional<br>Carr Piedras Negras KM 17 | | Trade Debt | | **$13,446.00** |
| Auto Express Hercules, SA DE<br>Camino Escobedo-El Carmen NO | | Services | | **$12,962.00** |
| Rocio Karina Gutierrez De Hoyo<br>La Paz 220<br>McAllen, Texas 78503 | | Services | | **$11,340.00** |
| Carga Tamez, SA DE VC<br>Chihuahua 4305<br>Nuevo Laredo, TM<br>Mexico | | Services | | **$10,059.00** |
| Transportes Americanos | | Trade Debt | | **$9,408.00** |
| Transportadora Egoba, SA de<br>CV | | Trade Debt | | **$9,345.00** |

B4 (Official Form 4) (12/07)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**CORPUS CHRISTI DIVISION**

IN RE:   **USA Dry Van Logistics, L.L.C.**                              Case No.

Chapter   **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

*Continuation Sheet No. 3*

**DECLARATION UNDER PENALTY OF PERJURY**
**ON BEHALF OF A CORPORATION OR PARTNERSHIP**

I, the _____**Managing Member**_____ of the _____**Corporation**_____
named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date:__**02/02/2010**_____          Signature:__**/s/ Sergio F. Lagos**_____
                                                                          ***Sergio F. Lagos***
                                                                          **Managing Member**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**CORPUS CHRISTI DIVISION**

IN RE:   **USA Dry Van Logistics, L.L.C.**                                CASE NO

                                                                          CHAPTER   **11**

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  02/02/2010                                    Signature   /s/ Sergio F. Lagos
                                                                *Sergio F. Lagos*
                                                                *Managing Member*

Date                                                 Signature

A & K Logistics, LLC
c/o CTG Financial
8501 Tower Point Drive, Ste. B
Charlotte, NC 28227


Accion Transport



Adrian Ramirez
7123 Jo Din
Edinburg, TX 78539


Adrian Salazar-Perez
2701 W. 31st Street, Apt. #2
McAllen, TX 78501


Alejandro J. Aleman Carrillo
1000 E. Vermon Apt. # 9201
McAllen, Texas 78503


Ana Luisa Avila Fernandez
Privada Iturbide #1239 A., Col.
Terminal,
Monterrey, NL 64550


Andrews Distributing Co.
254 Junior Beck Drive
Corpus Christi, TX 78405


Antonio Diaz Escobar
Transportes Diaz



Armando Villarreal Flores
Toluca No. 120

Arturo Guerrero

ATC Transport, LLC
c/o RTS Financial Services
PO Box 932001
Kansas City, MO 64193-2001

Aurora Rimblas Bravo
Fillipo # 819, Col. Contry LA Sila
Guadalupe NL 67173

Auto Express Hercules, SA DE
Camino Escobedo-El Carmen NO

Auto Fletes Internacionales FA
Carr Reynosa Matamoros KM 80

Autoexpress Del Centro SA CV
Rejoneador # 6771
Hacienda Del Tepeyac
Zapopan, JAL, Mexico

Autolineas MH, SA DE CV
Carratera Laredo KM. 26

Autotransportes OMG
5 De Mayo 300

Autotransportes OMG
Carr Mac KM 10.5

Azteca Transfer, LLC
P.O. Box 452030
McAllen, Texas 78503


Belinda Perez
2315 Hilda Street
McAllen, Texas 78503


Bianca Montalvo
P.O. Box 174
Santa Elena, TX 78591


Bianca Olinda Gonzaleztenia Osuna
Ciudad Limon # 4204, Col. Jardines
De Las Mitras
Monterrey, NL 64300


Bryan's Express, Inc.
c/o RTS Financial Services


C. D. Express Sa De CV


C. H. Robinson Worldwide, Inc.
PO Box 9121


C/O Nationwide Transport Finance


Calvin K. Transpoortation
Goal Transports, Inc.

Carga Tamez, SA DE VC
Chihuahua 4305
Nuevo Laredo, TM
Mexico


Central De Fletes Monterrey SA
KM 21.5 Carr Nuevo Laredo



Claudia I. Garcia
900 Travis Street, Apt. #65
Mission, TX 78572


Coca Cola Enterprises



Crown Xpress Transport, Inc.
8850 Paseo De La Fuente Norte



Cruices Internacionales
6535 North Express Highway



Daniel A. Gonzelez Trevino



Denys Arlet Martinez Pedraza
5 Pte. #125, Col. Adolfo Lopez Mateos
Santa Catarina, NL 66360


DHL Global Forwarding

Diercto Express, Inc.
307 Grand Central Dr.


Directo Transportaciones SA DE
Carr Monclova KM 5


Domtar Paper Co.
Carr monclova KM 5PO Box 8093
McAllen, Texas 78503


Dora A. Guerra Lozano
2210 Torrie Lane
Mission, TX 78572


Edgar Gonzalez
2216 Ivy Avenue
McAllen, TX 78501


Eduardo Castro Salinas
1103 W. Greenjay Avenue
Pharr, TX 78577


Eduardo Martinez Ramirez
Sierra Martinez # 237, Col.
Colinas Del Sur,
Nuevo Laredo, Tamps 88277


Eduardo Sarabia
811 Chalain Dr.
McAllen, Texas 78503


Edwards Transportation Co.
c/o General Electric Capital C

Eliazar Martinez
3909 Rosalva Ave.
McAllen, Texas 78503


Eliseo Gonzalez Calderoni
Monterrey, NX


Emerson Electric Co., Inc.
Mall Station 4129


Enrique Calacuayo
5616 Elite Drive
Mission, TX 78574


Escaleras S. De R. L. De. C. V.


Esquemas Logisticos, SA DE CV
Carretera Monterrey


Estafeta
411 S. 12th Street
McAllen, Texas 78503


Estela G. Mounetou Forwarding
801 Union Pacific Blvd., Ste. 2-A
McAllen, Texas 78503


Expeditors
906 Commerce Circle
Charleston, SC

Expeditors International
8506 Wall Street, Bldg. 14, #200


Falcon Transport
c/o RTS Financial Services


Fleetmaster Express, Inc.
PO Box 12527


Fletes Pavi
Carr Atotonilco Guadalajara


Fletes Sotelo
1259 Tower Trail


Fletes Y Acarreos DE Reynosa
AV. Pedregal No. 100 Int A


Florencio Ramos
Calle Tuxtepec #201


FNS, Inc. (CLX)
1778 Carr Road, Suite #1


Francisco A. Barbosa
3900 S. Ware Rd., #1114
McAllen, TX 78503

Frontera International, Inc.
1879 Nirvana Ave.


Garvy
Carr Piedras Negras KM 1.9


Garza's Trucking SA DE CV
Carr MTY-Monclova KM 5.5


General Electric Capital Corp.
3535 Briarpark Drive
P.O. Box 420275
Houston, Texas 77242-0275


Gibeaut Trucking
429 Puig Drive


Gloria Melissa Salazar Alavrez
Ungaro #605, Col. Nexxus
Recidencial Sector Rubi
Escobedo, NL 66064


Golden West Transport
PO Box 1508


Golden West Transport, SA DE C
2401 Portico Blvd.


Gonzalez Trucking

Graciela Gonzales
2001 Paseo Encantado
Mission, TX 78572


Grupo Camionera Regional



GTS International, Inc.
801 Produce Road



Guadalupe Saldivar Castanon
San Jose # 128, Col. Balcones De
Anahuac
Escobedo, NL 66422


Hector Leopoldo Guerra Valdez
2ndo Centenario # 790, Col.
Simon Rodriguez
Reynosa, TAMPS


Hesco Electric, Ltd.
2679 East Hwy 83
McAllen, Texas 78503


HG Transportaciones



HGG Transportaciones SA DE CV



Intermodal Association
of North America

International Crossing Freight
6535 N. Expressway


International Paper
1501 N. Closner Blvd.


Invacare


JNR Freight Lines, Inc.
c/o Phoenix Capital Group, LLC


Joel Alonso Sandoval Jr.
2805 N. 45th Street
McAllen, TX 78501


Johnson Controls
c/o Transinternational Co., Inc.


Jorge Lozano Saldana


Jose Enrique Ibarra Guerrero
Sector Popular #2007, Col.
Fomerrey 35
Monterrey NL 64209


Juan Carlos Ramirez Mar
J. Carrillo #209, Col. Residencial
Robles De Apodaca
Apodaca, NL

Juan M. Perez
1821 E. Juarez Street
Alton, TX 78573


Juan Rivera
205 Saturn
Pharr, TX 78577


Julie A. Aleman
6704 N. 8th Street, #B
McAllen, TX 78504


K-Double-K Enterprises, Inc.
427 Aqua Way


Karen Archambault
Golden Road Transportation


Laura J. Arista
1706 Magdalena Avenue
Mission, TX 78572


Leopoldo Guerra Salinas
Cumbres Del Himalaya #300
Col. Cumbres Elite Sec. Hacienda
Monterrey, NL


Linea IC DE Mexico SA DE CV
Calle Fresno #100


Lizeth Robles Villalobos
Parque De Los Sauces #407
Col. Potrero Anahuac
San Nicolas De Los Garza, NL

Lorena Barron Martinez
Japon #105, Col. Nuevo
Amanecer 2 Sec
Apodaca, NL 66636


Lorena T. Garcia Isaak
1000 E. Vermont Ave., Apt #4112
McAllen, TX 78503


Luis Manuel Barron Olivares
FCO. I Madero # 705
Col. Alvaro Obregon
Tamaulipas, TAMPS


Lursan Transfer, Inc.
306 Rancho Viejo Dr.


Majestic 1 Transport & Logistics
c/o Phoenix Capital Group, LLC


Maria Guadalupe Zuniga Chaires
Mezquite No. 104


Maria N. De La Garza
7012 Lila Street
Pharr, TX 78577


Martha Clancy
410 Tanglewood Drive
Mission, TX 78574


Mauricio De La O Retana
Calle 6 #128
Col. Seattle
Zapopan, JAL 45150

Millis Transfer, Inc.
PO Box 3416


Miriam Aranda
2406 Victoria Street
Hidalgo, TX 78557


Mountain High Express


Niagrara Bottling, LLC
2560 E. Philadelphia Street


Noe Garcia
1505 Sevilla Blvd
Edinburg, TX 78539


Omar Pena Avila
Mozart 10-A


Omar Pena Avila
Reynosa, TM


On Time Transport
403 Imperial Avenue


Oscar Barbosa
818 E. Chapa
Pharr, TX 78577

Oscar Barbosa
818 E. Chapa


Oscar M. Solis, Jr.
d/b/a Solis Trucking


Pamela Mata
3405 Judith Ave.
McAllen, TX 78503


Pantos Logistics - Reynosa Office


Pedro Ramirez
d/b/a Transportes Ramirez


Peper Internacional SA DE CV
Reynosa, TM


Quintanilla Transportation Svc.
505 Union Pacific


R.S. Transfer, SA de CV


Rene Aguirre
P.O. Box 482
Garciasville, TX 78547

Rex Transportation Company
PO Box 9115


Ricardo Baiz
202 Sandy Avenue


Rio Grande Carriers, Inc.
8800 San Mateo


Roberto Rodriguez Tovar
Benito Juarez #210
Col. Tamaulipas
Rio Bravo, TAMPS

Rocio Karina Gutierrez De Hoyo
La Paz 220
McAllen, Texas 78503


Rogelio Rafael Betancourt Garcia
Alfonso Reyes #272
Col. Contry Tesoro
Monterrey, NL 64880


Rosa Isela Herrera Flores
Ojos Tapatios #116
Col. Roble San Nicolas
San Nicolas De Los Garza, NL 66414


Rosa Linda Luna Sanchez
Prol. Bethoven #212
Col. Los Sauces
Reynosa, TAMPS


Rosalinda Barrett
2605 Carnation
McAllen, TX 78501

Royal Express, Inc.
c/o RTS Financial Services


Ruben Arcaute
PO Box 1591


Rusmac Transport
2401 S. Jackson Rd, Lot 61


SADMX
Carretera Silao Leon KM 152


SALCI
Carr Torreson 9.6


SALCI
Carr A Torreson 9.6


SIST Integrales De Transporacional Inte.
Carr Torreon KM 9


Spartan Logistics LLC
c/o Allied Capital Partners, LP


Sunline Commercial Carriers
PO Box 531567

```
Super Transporte Internacional
Carr Piedras Negras KM 17



TC Trans Inc.
PO Box 579



TDR Transportes



TE Trucking, Inc.
716 Pelligrino Ct., Suite 4



TIMSA
Carr Aeropuerto KM 2.4



TMC Fletes SA DE CV
Carr, Aeropuerto KM 2.8



TMC Internacional SA DE CV
Av. B #605 Frac Central de Car



TNL Express, SA DE CV
Carr Aeropuerto KM 1-A



Tommy L. Barbosa
Rt. 3 Box 60026
Alamo, TX 78516
```

Total International Logistics
4509 Ben Hogan Avenue


Traffic Service Bureau, Inc.
40 East Emaus Street


Transplace Mexico
15392 Collection Center Drive


Transportadora Egoba, SA de CV


Transportadora Jema, SA DE CV
Carretera Mty Monclova KM 5.3


Transportadora Zam


Transporte Santa Rosa SA de CV


Transportes Americanos


Transportes Canales SA De CV

Transportes Castaneda


Transportes De Carga FEMA
Carr Aeropuerto Piedras Niegra


Transportes De Carga FEMA
Carr Aeropuerto Piedras Negra


Transportes El Dolar, SA DE CV
AV. Manuel Barragan 219-A


Transportes Elola, SA DE CV
Carr Mexico Queretaro KM 34.5


Transportes Especial Autorizada SA
Carr Nacional KM 14


Transportes Gasa
Carr Aeropuerto KM 1.2


Transportes GOR


Transportes Innovativos, SA CV
Fleteros 103

```
Transportes Mon-ro SA DE CV
Carr A Monterrey Laredo KM 23



Transportes Mor
Nuevo Laredo, TM



Transportes Mor SA DE CV
Carr Libre Mty Laredo KM 26.8



Transportes Quintanilla
C Lopez de Lara 3868



Transportes Rodeli SA de CV
Av 5 de Mayo #434



Transportes Rodeli SA de CV



Transportes Santa Rosa, SA de CV



Transportes Unidos Castaneda



Transportes Unidos Castaneda
Unidos Castaneda Ave Ambilia
```

Transportes Unimex SA de CV
Carr Libre Reynosa-Matamoros


Transportes Villarreal Berlang
Carr A Piedras Negras KM 9.7


Transportes Zuyza, SA de CV


Transpotes Carba


TSM Division Trucking SA de CV
Lib Mex 2 KM 30


Vanessa A. Villarreal
939 Adams Street
Mission, TX 78572


Velotrans, SA de CV
Independencia No. 110


Victor Ramirez Guevara
Ave 16 De Septiembre #717
Col. Morelos 1
Montemorelos, NL


Vilma R. Ramirez
3405 Judith Avenue
McAllen, TX 78503

VIPA

Viridiana Villafuerte Flores
TELCHAC #681
Col. Las Brisas
Monterrey NL 64780

Visa Logistics, LLC
1124 N. International Blvd.

Yessenia Almanza
839 N. 8th Street
Alamo, TX 78516

Zuniga Specialized Carriers, LC
12013 Sara Road