IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| In re: | § | Case No.  10-20102 |
| | § | |
| USA DRY VAN LOGISTICS, L.L.C.[1], | § | Chapter 11 |
| *et al.* | § | |
| | § | |
| Debtors. | § | (Jointly Administered) |

**NOTICE OF HEARINGS AND NOTICE OF PROCEDURES FOR TELEPHONIC APPEARANCES FOR WEDNESDAY, FEBRUARY 3, 2010 AT 10:00 A.M. CENTRAL TIME CORPUS CHRISTI, TEXAS**

Please take notice that any person desiring to appear via telephone at the hearings scheduled for **Wednesday, February 3, 2010 at 10:00 a.m. Central Time** should proceed as follows:

1.    Contact CourtCall at (866) 582-6878 the day before the hearing.

2.    The following matters are set for hearing:

| Doc # | Motion and Objections |
|---|---|
| 2 | Emergency Motion for an Order Directing Joint Administration of Bankruptcy Cases. This Motion has been filed in each of the above-listed debtor cases. |
| 3 | Debtor's Emergency Ex Parte Motion for Authorization to Pay Pre-Petition Wage Claims and Honor Outstanding Pre-petition Wage Checks |
| 4 | Application to Employ GGG, Inc. as Professional Persons |
| 5 | Emergency Motion To Limit Service and Establishing Notice Procedures |
| 6 | Debtor's Emergency Motion for Order Under 11 U.S.C. §§ 105(a) and 366 (i) Prohibiting Utility Companies from Altering or Discontinuing Service on |

---

[1]    Golagale Holdings, L.L.C.; USA Logistics Carriers, L.L.C.; USA Log. Carriers, L.L.C.; USA Dry Van Logistics, L.L.C.; North American Trailer Rentals, L.L.C.; South Texas Petroleum, L.L.C.; and LA & G Investment Co., L.L.C. The corporate address for all debtors is 3010 West Military, McAllen, Texas 78503. Joint administration under the above style and case number was requested on February 2, 2010. The use of the term "Debtors" shall refer to all debtors.

Account of Pre-Petition Invoices, (ii) Approving Deposit as Adequate Assurance Of Payment, Assurance of Payment Requests

7       Debtor's Emergency Ex Parte Motion for Authorization to JP Morgan Chase Bank of McAllen, N.A. to Honor Pre-Petition Checks

8       Emergency Motion Of USA Dry Van Logistics, L.L.C. for Authority To (A) Maintain and Use Pre-Petition Bank Accounts At Chase Bank of McAllen, N.A.

9       Application for Approval of the Employment of Langley & Banack, Inc. as Attorneys for the Debtor

10      Notice of Designation as Complex Chapter 11 Case

11      Application for Appointment of a Chief Restructuring Officer

12      Debtors' Emergency Motion to (i) Authorize Secured and Superpriority Post-Petition Financing Pursuant to 11 U.S.C. §§ 363, 364 and 507(b), (ii) Grant Other Related Relief and (iii) Schedule a Final Hearing Pursuant to Bankruptcy Rule 4001

    3.      CourtCall will provide you with written confirmation of a telephonic appearance and give you a number to call to make the telephonic appearance.

    4.      It is your responsibility to dial into the call not later than 10 minutes prior to the scheduled hearing. CourtCall does not call you.

    5.      The Court discourages the use of cell phones or speakerphones.  Please put your telephone on mute when not speaking.

    6.      Each time you speak, you must identify yourself for the record.

    7.      Parties participating by telephone are individually responsible for their own expenses and will be billed directly by CourtCall. Initial charge for this court conference appearance is $30.00 and will be supplemented based upon the length of the call as follows:  0-45 minutes - $30.00; 46-60 minutes - $37.00; 61 minutes and above - an additional $7.00 per each additional 15 minute increment.

Dated: February 2, 2010

            Douglas Bacon
            Stephen Tetro II
            LATHAM & WATKINS LLP
            Sears Tower, Suite 5800
            233 South Wacker Drive
            Chicago, Ill 60606

Direct Dial: (312) 876-7638
Mobile: (312) 953-6345
Fax: (312) 993-9767
douglas.bacon@lw.com
stephen.tetro@lw.com

and

JORDAN, HYDEN, WOMBLE, CULBRETH &
HOLZER, P.C.


*/s/ Nathaniel Peter Holzer*
Shelby A. Jordan
State Bar No. 11016700
Nathaniel Peter Holzer
State Bar No. 00793971
500 North Shoreline, Suite 900
Corpus Christi, Texas 78471
Telephone:      361.884.5678
Facsimile:       361.888.5555
sjordan@jhwclaw.com
pholzer@jhwclaw.com
**COUNSEL FOR GE CAPITAL**