**UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | **CAUSE NO. 10-20102** |
| | § | |
| | § | |
| **USA LOGISTIC CARRIERS, L.L.C., et al** | § | **Chapter 11** |
| **Debtor** | § | |

## MOTION OF LINDA THOMPSON
## FOR RELIEF FROM AUTOMATIC STAY PURSUANT TO 11 U.S.C. §362(f)

MOVANT HAS REQUESTED AN EXPEDIATED HEARING TO BE CONDUCTED ON THIS MATTER ON SEPTEMBER 7, 2010, AT 10:30 A.M., CST IN THE U.S. BANKRUPTCY COURT, U.S. COURTHOUSE, 1133 NORTH SHORELINE DRIVE, 2nd FLOOR, CORPUS CHRISTI, TEXAS.

IF YOU OBJECT TO THE RELIEF REQUESTED, YOU MUST RESPOND IN WRITING, SPECIFICALLY ANSWERING EACH PARAGRAPH OF THIS PLEADING. UNLESS OTHERWISE DIRECTED BY THE COURT, YOU MUST FILE YOUR RESPONSE WITH THE CLERK OF THE BANKRUPCY COURT WITHIN TWENTY-THREE DAYS FROM THE DATE YOU WERE SERVED WITH THIS PLEADING. YOU MUST SERVE A COPY OF YOUR RESPONSE ON THE PERSON WHO SENT YOU THE NOTICE. OTHERWISE, THE COURT MAY TREAT THE PLEADING AS UNOPPOSED AND GRANT THE RELIEF REQUESTED.

TO THE HONORABLE JUDGE OF SAID COURT:

     1.    COMES NOW, LINDA THOMPSON, hereinafter referred to as "Movant", pursuant to 11 U.S.C. §362 (f), and moves the Court to lift the automatic stay of 11 U.S.C. 362(a), and would respectfully show the Court the following:

     2.    This Court has jurisdiction of this contested matter pursuant to 28 U.S.C. §1471 and 11 U.S.C. §§362, 363 and 552(b).

     3.    USA LOGISTIC CARRIERS, L.L.C. ("Debtor") filed its petition under Chapter 11 of the Bankruptcy Code (11 U.S.C. §§101, et seq.), on February 2, 2010. Charles Sterbach has been appointed Chapter 11 Trustee. Movant requests this Court to

enter an order to allow Movant to proceed with her negligence claim against Debtor filed in State Court under Cause No. DC-10-118, 229th District Court of Starr County, Texas. Movant is seeking recovery from Debtor's liability insurance policy covering Debtor at the time Movant sustained injuries as a result of Debtor's negligence.

      4.    The automatic stay should be lifted because any recovery under the liability insurance policy would have no effect on the bankruptcy estate, and Movant agrees to pursue her claim against Debtor for the insurance policy only.

### A. Facts of State Court Case

      5.    On or about November 18, 2009, at approximately 1:25 p.m. on U.S. Highway 83 at the intersection of Mendez Avenue in Roma, Starr County, Texas, Movant, Linda Thompson, was stationary facing southbound at a red light when Luis E. Ruano, who had been traveling behind Linda Thompson's vehicle in a 2008 White Kenworth Tractor Trailer, VIN#1XKADB9X78J226387, negligently failed to control his speed and collided into the rear of Ms. Thompson's 2002 White Ford Windstar Van.   As a result of Luis E. Ruano's negligence, a violent collision occurred when the 2008 White Kenworth Tractor Trailer operated Mr. Ruano struck the 2002 White Ford Winstar Van operated by Linda Thompson.   Luis E. Ruano was an employee of USA Logistic Carriers, L.L.P., who is being sued under the doctrine of Respondeat Superior and negligent entrustment.

      6.    Movant  filed a suit against Debtor, USA Logistic Carriers, L.L.P, and Defendant, Luis E. Ruano, in the 229th Judicial District Court of Starr County, Texas in Cause No. DC-10-118 ("the personal injury suit") on March 3, 2010.

### B. Motion to Lift Stay

      7.    Debtor is insured by a primary liability insurance policy which Movant, upon information and belief, avers has provided Debtor with legal counsel and a defense

in the personal injury suit.  Therefore, proceeding to trial in the personal injury suit in order to establish and liquidate Movant's claims against Debtor will not adversely affect the Debtor, but will instead expedite this Court's administration of this proceeding.

8.      All of the issues to be determined in the personal injury suit are matters of state law that can better be resolved by the state court, than by this court.  These facts give rise to rights to Movant under the Texas common and statutory law.  These rights solely involve questions of state law, and would not be within the jurisdiction of this Court was it not for Debtor's having sought protection from its creditors by the filing of the instant proceeding.

9.      WHEREFORE, Movant prays that the entry of an Order lifting the automatic stay under 362(a) of the Bankruptcy Code in order to allow Movant to proceed with her claims against Debtor in the State Court case and thereby recover the compensation Movant is due under Debtor's liability insurance policies and have other and further relief to which she may be entitled, whether in law or in equity.

10.     Dated: August 11, 2010.

Respectfully submitted,

GUERRA LAW FIRM
320 W. Pecan Avenue
McAllen, Texas 78501
Tel. (956) 618-2557
Fax. (956) 618-1690

     /S/   Manuel Guerra, III
MANUEL GUERRA, III
Texas Bar No. 00798226
Federal I.D. No.
Attorney for Movant

## CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of August, 2010, the above and foregoing document was served by the US first class mail, postage prepaid on the parties listed on the service list attached hereto.

/S/   **Manuel Guerra, III**
MANUEL GUERRA, III

## Exhibit A
## Limited Service List

| | | |
|---|---|---|
| USA Dry Van Logistics, LLC, et al.<br>3101 West Military Hwy.<br>McAllen TX 78503 | | Roderick Glen Ayers, Jr.<br>Langley Banack Inc<br>745 E. Mulberry, Ste 900<br>San Antonio TX 78212-3166 |
| Charles Robert Sterbach<br>United States Department of Justice<br>Office of the United States Trustee<br>606 N. Carancahua St., Ste. 1107<br>Corpus Christi, TX 78476            . | Mitchell Grodman, Esq. Temporary<br>Chairman<br>World Fuel Services, Inc.<br>9800 Northwest 41's, Suite 400<br>Miami FL 33178 | Jay Ellison<br>French-Ellison Truck Center<br>PO Box 200187<br>San Antonio TX 78220 |
| Teresa Miller<br>Southern Tire Mart, LLC<br>529 Industrial Park Rd.<br>Columbia, MS 39429 | Internal Revenue Service<br>P. O. Box 21126<br>Philadelphia PA 19114 | Office of the U.S. Attorney<br>P. O. Box 61129<br>Houston TX 77208 |
| William Thomas McLain<br>Reagan & McLain<br>6060 North Central Expressway<br>Suite 690<br>Dallas TX 75206 | General Electric Capital Corp.<br>Attn: Hannah L. Blumenstiel<br>800 Long Ridge Road<br>Stamford CT 06927 | General Electric Corporation<br>Attn: Rob McNabb<br>201 Main Avenue<br>Norwalk CT 06851 |
| J. Douglass Bacon and Stephen R.<br>Tetro H<br>Latham & Watkins<br>233 South Wacker Drive, Ste 5800<br>Chicago IL 60606 | Shelby A. Jordan and Peter Holzer<br>Jordan, Hyden, Womble, Culberth<br>& Holzer, P.C.<br>500 N. Shoreline Blvd., Ste 900<br>Corpus Christi TX 78470 | Jude Robert C. Pate<br>Frost Bank Plaza<br>802 N. Carancahua, Ste 1350<br>Corpus Christi TX 78470 |
| Michael Allen<br>2216 Red River<br>Mission TX 78572 | Michael P. Ridulfo<br>Brown McCarroll LLP<br>1111 Bagby 47th Floor<br>Houston TX 75270 | Joseph M. Coleman, George H.<br>Barber, David D. Ritter & John J.<br>Kane<br>Kane Russell Coleman & Logan PC<br>1601 Elm Street, Ste 3700<br>Dallas TX 75201 |
| Bruce H. White & Bryan L.<br>Elwood<br>Greenberg Traurig, LLP<br>2200 Ross Avenue, Suite 5200<br>Dallas TX 75201 | Eli O. Columbus and "Eric"<br>Weiting<br>Hsu Winstead PC<br>1201 Elm Street, Ste 5400<br>Dallas TX 75270 | J. Scott Rose & Toni Price<br>Jackson Walker, L.L.P.<br>112 E. Pecan Street, Ste 2400<br>San Antonio TX 78205 |

*Motion Of Linda Thompson For Relief From Automatic Stay Pursuant To 11 U.S.C. §362(F)*

John R. Jones

Bickerstaff Heath Delgado Acosta
LLP
950 Echo Lane, Ste 357
Houston TX 77024

John Andrew Millin, IV

Ortiz & Millin, L.P.
1305 E. Nolana Loop, Ste F
McAllen TX 78504

Aurelio Aleman-

4405 S H Street
McAllen TX 78503

Everhard & Company

Certified Public Accountants
P. O. Box 6137
McAllen TX 78502-6137

George Gomez

2107 LaCondesa
Edinburg TX 78539

Sergio Lagos

2400 San Miguel
Mission TX 78572

Hidalgo County Tax Office
Hidalgo County Tax Assessor
Collector PO Box 178
Edinburg TX 78540

Art Salinas Engineering and
Supplies
1524 Dove Avenue
McAllen TX 78504

Capital One
Attn: Commercial Loan Processing
P. O. Box 4649
Houston TX 77210-4649

Lone Star National Bank

206 W. Ferguson
Pharr TX 78577

Capital One Bank

509 S. Main
McAllen TX 78501

GE Capital Solutions

P. O. Box 822108
Philadelphia PA 19182-2108

Navistar Financial Corp

425 N. Martingale Road, Ste 1800
Schaumburg IL 60173

Zions Credit Corporation

P. O. Box 26536
Salt Lake City UT 84126-0536

Argus Security Systems

314 Ash
McAllen TX 78501

Armando Barrera Jr.

P. O. Box 178
Edinburg TX 78540

Capital One

P. O. Box 650743
Dallas TX 75265

CS Safety

P. O. Box 4527
McAllen TX 78501

Department of Public Safety

6200 Guadalupe Bldg. P
Austin TX 78752-4019

Digital Office System

4800 W. Expressway 83
McAllen TX 78501

DM2 Software Inc.

7700 NE Greenwood Dr., Ste 200
Vancouver WA 98662

Everhard & Company

P. O. Box 6137 78502
McAllen TX 78502-6137

Fleetpride

P. O. Box 847118
Dallas TX 75284-7118

FMA, Inc.

P. O. Box 340021
Austin TX 78734-0021

French-Ellison Truck Center

4300 N Cage Street
Pharr TX 78577

GE Capital

P. O. Box 740425
Atlanta GA 30374-0425

Hose of South Texas

P. O. Box 9576
Corpus Christi TX 78469

Marlin Leasing

P. O. Box 13604
Philadelphia PA 19101

North American Compliance
Services
2390 Central Blvd., Ste E
Brownsville TX 78520

Paccar Financial

P. O. Box 676014
Dallas TX 75267

People's Capital and Leasing

255 Bank Street
Waterbury CT 06702

Premium Assignment Corporation

P. O. Box 3100
Tallahassee FL 32315

Sprint

P. O. Box 4181
Carol Stream IL 60197-4181

World Fuels Services

1101 5'h Ave., Ste 280
San Rafael CA 94901

VIPA Transportation SA de CV

Bertha Caballero No. 915
Col. Adnres Caballero
Escobedo NL 66050
MEXICO

Fletes Pavi

Carr Autotonico Gdl KM 6
El Nacimiento
Atotonilco el Alto, JA 47779
MEXICO

HG Transportation

Carretera A Hunala KM 1.5
Apodaca
Nuevo Leon
MEXICO

Gonzalez Trucking

Av. De la Convencion de 1914
Nte. Col. Morelos
Aguascalientes AG 20140
MEXICO

Transportes eLOLA, SA de CV

Carr Mexico Queretaro KM 34.5
Col. Las Conchitas
Cuautitlan, EM 54757
MEXICO

R. S. Transfer, SA de CV
1200 San Boca Chica Blvd.
Laredo TX 78040

Transportadora Jema, SA- de CV
Carretera Mty Monclova KM 5.3
Escobedo NL 66057
MEXICO

Transportes Villaerral BerlandA
SA de CV
Blvd Ind de la transformacion
No. 3151 Zona Ind. Noroeste
Ramos Arizpe CA 25900
MEXICO

Central De Fletes Monterrey SA

KM 21.5 Carr Nuevo Laredo
Piedras Negras TM
MEXICO

Transportes de Nuevo Laredo, SA de CV

Carr. Mty-Ldo KM 19.5 S/N
Col. Santa Rosa
Apodaca Nuevo Leon
MEXICO

Transportes Especial Autorizada SA

Av. Independencia No. 8
Col. Independencia
54914, TL Edo de Mexico
MEXICO

Velotrans, SA de CV

Independencia No. 110
Col. Los Reyes
Tultitlan, MX 54900
MEXICO

Grupo Camionera Regional, SA de CV

Marsala No. 240
Col. Valle de Santa Cecilia
64150 Monterrey Nuevo Leon
MEXICO

Autolineas MIT, SA de CV

Carretera Laredo KM 26
Cienega De Flores, NL 65550
MEXICO

Super Transporte Internacional SA

CV
Carr Peidras Negras KM
17+777.35
Ejido San Francisco
Nuevo Laredo TM 88176
MEXICO

Auto- Express Hercules, SA de CV

Camino Escobedo-El Carmen 201
Esobedo, NL
MEXICO

Rocio Karina Gutierrez De Hoyo

La Paz 220
McAllen TX 78503

Carga Tamez, SA de CV

Chihuahua 4305
Nuevo Laredo TM
MEXICO

Transportes Americanos

Carga Tamez, SA de CV
Chihuahua 4305
Nuevo Laredo TM
MEXICO

Transportadora Egoba, SA de CV

Av 5 de Febrero No. 1730
Zona Ind. Benito Juarez Queretaro,
QR 76130
MEXICO

*Motion Of Linda Thompson For Relief From Automatic Stay Pursuant To 11 U.S.C. §362(F)*

| | | |
|---|---|---|
| Capital One, NC<br><br>P. O. Box 650743<br>Dallas TX 75265-0743 | Comdata<br><br>P. O. Box 845738<br>Dallas TX 75284-5738 | Gallagher Bassett Services, Inc.<br><br>8 Flowers Drive<br>Attn: Sally Mixell<br>Mechanicsburg PA 17050 |
| Cintas Corporation #538<br><br>700 Dawson Road<br>Mercedes TX 78570 | Southern Tire Mart<br><br>6875 Speedway Blvd., Ste U-105<br>Las Vegas NV 89115 | Comcover Group, Inc.<br><br>2800 W. State Rd. 84, Ste 116<br>Fort Lauderdale FL 33312 |
| Skybiz, Inc.<br><br>22455 David Drive, Ste 100<br>Sterling VA 20164 | French Ellison Truck Center<br><br>P. O. Box 200187<br>San Antonio TX 78220 | Hollon Oil Company<br><br>1300 Davenport<br>Weslaco TX 78596 |
| TMW Systems, Inc.<br>c/o US Bank<br>P. O. Box 643562<br>Cincinnati OH 45264-3562 | Peoplenet<br>NW 5489<br>P. O. Box 1450<br>Minneapolis MN 55485-5489 | Button McCumber & Cortez, LLP<br>P. O. Box 5238<br>Brownsville TX 78523-5238 |
| Securities Security Services USA<br><br>12672 Collections Center<br>Chicago IL 60693 | Blackhawk Security &<br><br>Investigations<br>P. O. Box 1311<br>Mission TX 78573-1311 | National Interstate<br><br>3250 Interstate Drive<br>Richfield OH 44286-9000 |
| North American Compliance<br><br>820 W. Price Road<br>Brownsville TX 78520 | Jackson Walker LLP<br><br>P. O. Box 130989<br>Dallas TX 75313-0989 | The Center of Industrial<br><br>Rehabilitation<br>709 S. Broadway<br>McAllen TX 78501 |
| Michelin North America, Inc.<br><br>P. O. Box 100860<br>Atlanta GA 30384-0860 | FCC Equipment Financing<br><br>Bank One<br>Lockbox 905010906<br>Tyvola Rd., Suite 108<br>Charlotte NC 28217 | Peoples Capital and Leasing<br><br>255 Bank Street, 01 Floor<br>Waterbury CT 06702 |
| Marquette Equipment Finance<br><br>6975 Union Park Ctr., Ste 200<br>Midvale UT 84047 | GE Capital<br><br>P. O. Box 532617<br>Atlanta GA 30353-2617 | Bank of America Leasing & Capital<br><br>KBROPH Mail Coade IL 1-231-<br>07-28<br>23 L South LaSalle Street<br>Chicago IL 60604 |
| CSI Leasing, Inc.<br><br>P. O. Box 775486<br>St. Louis MO 63177-5485 | Paccar Financial Corp.<br><br>P. O. Box 676014<br>Dallas TX 75267-6014 | Alter Moneta Corp.<br><br>50 Lakefront Blvd.<br>Buffalo NY 14202 |

*Motion Of Linda Thompson For Relief From Automatic Stay Pursuant To 11 U.S.C. §362(F)*

Capital One Equipment

Dept. 153
P. O. Box 4889
Houston TX 77210-4869

Center Capital Corporation

P. O. Box 330
Hartford CT 06141-0330

Regions Equipment Finance Corp.

P. O. Box 11407
Birmingham AL 35246-1090

Navistar Financial Corporation

425 N. Martingale Road, 18a' Floor
Shaumburg IL 60173

Katie S. Goodman

GGG, Inc.
333 Sandy Springs Circle, Ste 106
Atlanta GA 30328