UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| IN RE: § | |
| § | CAUSE NO. 10-20102 |
| § | |
| § | |
| USA LOGISTIC CARRIERS, L.L.C., et al § | Chapter 11 |
| Debtor § | |

## ORDER ON MOTION FOR RELIEF FROM AUTOMATIC STAY AGAINST LITIGATION

BE IT REMEMBERED that on this date, came on for consideration the Motion of Linda Thompson for Relief from the Stay against litigation. The court is of the opinion and hereby finds that due notice has been given all parties in interest, that Debtor does not have equity in its liability insurance policies and that the policies are not necessary for an effective reorganization, and that the automatic stay should be lifted as to the Movants and their lawsuit, It is, therefore,

ORDERED that the automatic stay shall be lifted in this bankruptcy proceeding in order to allow Movants to proceed with their claims against Debtors in Cause No. DC-10-118 in the 229th Judicial District Court in Starr County, Texas, on a limited basis to allow Movant to seek recovery from Debtor's liability insurance policies covering Debtors only.

Signed this _____ day of September, 2010.

_____
UNITED STATES BANKRUPTCY JUDGE

cc: all parties