IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| **In re:** | § | **Chapter 11** |
| | § | |
| **USA DRY VAN LOGISTICS, LLC[1], *et al.*,** | § | **Case No. 10-20102-RSS** |
| | § | |
| **Debtors.** | § | **Jointly Administered** |

## NOTICE OF OCCURRENCE OF EFFECTIVE DATE

NOW COMES USA Dry Van Logistics, LLC, et al. ("Debtors") and hereby provides notice that the Effective Date occurred on November 19, 2010.

Respectfully submitted,

LANGLEY & BANACK, INC.
745 East Mulberry, Suite 900
San Antonio, TX 78212-3166
Telephone: (210) 736-6600
Telecopier: (210) 735-6889

By: /s/ David S. Gragg
    David S. Gragg
    State Bar No. 08253300
    Steven R. Brook
    State Bar No. 03042300
    R. Glen Ayers
    State Bar No. 01467500
    Natalie F. Wilson
    Hawaii 8853 Admitted *pro hac vice*

**COUNSEL FOR USA DRY VAN LOGISTICS, LLC, ET AL.
DEBTORS**

---

[1] Golagale Holdings, L.L.C.; USA Logistics Carriers, L.L.C.; USA Log. Carriers, L.L.C.; USA Dry Van Logistics, L.L.C.; North American Trailer Rentals, L.L.C.; South Texas Petroleum, L.L.C.; LA & G Investment Co, L.L.C. and LA & G Laredo Investment Co., L.L.C. The corporate address for all debtors is 3010 West military, McAllen, Texas 78503. Joint administration under the above style and case number has been ordered by the United States Bankruptcy Court on February 3, 2010. The use of the term "Debtor" shall refer to all debtors.

L & B 12433/0002/L0475926.WPD

## **CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that on November 22, 2010, true and correct copies of the foregoing Notice of Occurrence of Effective Date were served by facsimile, electronic transmission, and/or by depositing same in an official depository under the care and control of the United States Postal Service, in a postpaid wrapper, via First Class Mail, properly addressed to the parties listed on the attached limited mailing matrix.

/s/ David S. Gragg

W:\lbclient\12433\0002\L0475926.WPD

# EXHIBIT "A"

# LIMITED SERVICE LIST

**LIMITED SERVICE LIST FOR**
**USA DRY VAN LOGISTICS, L.L.C.,** *et al.*

**Debtors**
Golagale Investment Co., L.L.C.
LA & G Investment Co., L.L.C.
North American Trailer Rentals, L.L.C.
South Texas Petroleum, L.L.C.
USA Dry Van Logistics, L.L.C.
USA Log. Carriers, L.L.C.
USA Logistics Carriers, L.L.C.
3010 West Military
McAllen, Texas 78503

**Debtors' Attorneys**
R. Glen Ayers, Esq.
David Gragg, Esq.
Allen M. DeBard, Esq.
Langley & Banack, Inc.
745 E. Mulberry, Suite 900
San Antonio, Texas 78216

**US Trustee**
Office of the US Trustee
Attn: Charles Sterbach
606 North Carancahua Street
Corpus Christi, Texas 78476

**Committee of Unsecured Creditors**
Mitchell Grodman, Esq.
World Fuel Services, Inc.
9800 Northwest 41st, Suite 40
Miami, FL 33178

Jay Ellison
French-Ellison Truck Center
PO Box 200187
San Antonio, TX 78220

Teresa Miller
Southern Tire Mart, LLP
529 Industrial Park Rd.
Columbia, MS 39429

**Parties-in-Interest**
Internal Revenue Service
P. O. Box 21126
Philadelphia, PA 19114

US Attorney's Office
PO Box 61129
Houston, Texas 77208

William Thomas McLain
Reagan & McLain
6060 N. Central Exp. Suite 690
Dallas, Texas 75206

J. W. Lowes, III
Law Offices of J. W. Lowes, III, PC
1331 Gemini, Suite 200
Houston, Texas 77058

Katie Goodman
Managing Partner
Grisanti, Galef & Goldress, Inc.
333 Sandy Springs Circle, Suite 106
Atlanta, GA 30328

John T. Banks
Perdue, Brandon, Fielder, Collins & Mott, LLP
3301 Northland Drive, Suite 505
Austin, Texas 78731

Brent A. Bishop
Ellis, Koeneke & Ramirez, LLP
1101 Chicago
McAllen, Texas 78501

Dennis A. Dressler, Esq.
Counsel for Center Capital Corporation
Dressler & Peters LLC
111 W. Washington St., Ste. 1990
Chicago, IL 60602

Antonio Martinez, Jr.
The Stone Law Firm, PC
4900 North 10th Street, Suite A-2
McAllen, Texas 78504

Christopher Naylor
Kathryn B. Davis
Devlin, Naylor & Turbyfill, PLLC
4801 Woodway, Suite 420 West
Houston, Texas 77056-1805

Kevin M. Maraist
Anderson LehrmanBarre & Maraist, LLP
Gaslight Square
1001 Third Street, Suite 1
Corpus Christi, Texas 78404

Eduardo Glas
McCarter & English, LLP
245 Park Avenue, 27th Floor
New York, NY 10167

Ramesh Singh
GE Money Bank
c/o Recovery Management Systems Corp.
25 SE 2nd Avenue, Suite 1120
Miami, FL 33131-1605

Raymond W. Battaglia
Raymond W. Sugg
Oppenheimer, Blend, Harrison & Tate
711 Navarro, Sixth Floor
San Antonio, Texas 78205

Ascention Capital Group, Inc.
Attn: Compass Bank (Real Estate) Dept.
PO Box 201347
Arlington, Texas 76006

Matthew A. Rosenstein
Law Office of Matthew A. Rosenstein
Wells Fargo Tower, Suite 720
615 N. Upper Broadway
Corpus Christi, Texas 78477

Karen E. Murray
Craddock Massey LLP
1400 Post Oak Blvd., Suite 640
Houston, Texas 77002

Jesus Ramirez
Jose Guerrero
Ramirez & Guerrero
700 North Veterans Blvd.
Ebony Park, Suite B
San Juan, Texas 78589

Ricardo Gonzalez
Oxford & Gonzalez
124 S. 12th Street
Edinburg, Texas 78539

Andrew F. Emerson
Palmer & Manuel, LLP
Campbell Centre I
8350 N. Central Expressway, Ste. 1111
Dallas, Texas 75206

{L & B 12433/0002/L0407072.DOC}

## LIMITED SERVICE LIST FOR
## USA DRY VAN LOGISTICS, L.L.C., *et al.*

Diann M. Bartek and Jeffrey C. Bizon
Cox Smith Matthews Inc.
112 E. Pecan Street, Suite 1800
San Antonio, Texas 78205

Keith M. Aurzada
Bryan Cave LLP
2200 Ross Avenue, Suite 3300
Dallas, Texas 75201

Mark G. Stingley, Esq.
Bryan Cave LLP
1200 Main Street, Suite 3500
Kansas City, MO 64105

Paul Barrett
Bank Midwest, NA
1111 Main Street, Suite 1600
Kansas City, MO 64105

Diane W. Sanders
Linebarger Goggan Blair & Sampson
2700 Via Fortuna Dr., Ste. 400
PO Box 17428
Austin, Texas 78760-7428

Stephen G. Wilcox
Bassel & Wilcox, PLLC
PO Box 11509
Fort Worth, Texas 76110-0509

John Banks
Perdue, Brandon, Fielder, Collins & Mott, LLP
3301 Northland Drive, Suite 505
Austin, TX 78731

John B. Benton
The John Benton Law Firm
440 Louisiana Street, Suite 900
Houston, Texas 77002-4205

Rudy Salinas, Jr.
Jones, Galligan, Key & Lozano, LLP
PO Drawer 1247
Weslaco, Texas 78599-1247

Susan J. Brandt
Nathan Sommers Jacobs, PC
2800 Post Oak Blvd., 61st Floor
Houston, Texas 77056-5705

Patricia Reed Constant
One Shoreline Plaza
800 North Shoreline Blvd.,
Ste. 320 S
Corpus Christi, Texas 78401

John Mark Stern
Assistant Attorney General
Bankruptcy & Collections Div.
PO Box 12548
Austin, Texas 78711-2548

Sylvia M. Ornelas
Ornelas Castillo & Ornelas PLLC
401 E. Hillside R. 2nd Fl.
Laredo, TX 78041

### Secured Creditors and their counsel:
General Electric Capital Corporation
Attn: Hannah L. Blumenstiel
800 Long Ridge Road
Stamford, CT 06927

General Electric Capital Corporation
Attn: Rob McNabb
201 Main Avenue
Norwalk, CT 06851

J. Douglass Bacon
Stephen R. Tetro II
Latham & Watkins
233 South Wacker Dr., Ste. 5800
Chicago, Illinios 60606

Shelby A. Jordan
Peter Holzer
Jordan, Hyden, Womble, Culberth & Holzer, P.C
500 N. Shoreline Blvd.,Suite 900
Corpus Christi, Texas 78471

Judge Robert C. Pate
Frost Bank Plaza
802 North Carancahua, Suite 1350
Corpus Christi, Texas 78470

Michael Allen
2216 Red River
Mission, Texas 78572

Michael P. Ridulfo
Brown McCarroll LLP
1111 Bagby 47th Floor
Houston, Texas 77002

Joseph M. Coleman
George H. Barber
David D. Ritter
John J. Kane
Kane Russell Coleman & Logan PC
3700 Thanksgiving Tower
1601 Elm Street
Dallas, Texas 75201

Bruce H. White
Bryan L. Elwood
Greenberg Traung, LLP
2200 Ross Avenue, Suite 5200
Dallas, TX 75201

Larry Chek
Palmer & Manuel, LLP
8350 N. Central Expressway, Ste. 1111
Dallas, Texas 75206

Eli O. Columbus
"Erik" Weiting Hsu
Winstead PC
1201 Elm Street, Suite 5400
Dallas, Texas 75270

James G. Ruiz
Winstead PC
401 Congress Ave. Ste 2100
Austin, TX 78701

J. Scott Rose
Toni Price
Jackson Walker LLP
112 E. Pecan St., Suite 2400
San Antonio, TX 78205

John R. Jones
Bickerstaff Heath Delgado Acosta LLP
950 Echo Lane, Suite 357
Houston, TX 77024

~~John Andrew Millin, IV~~
~~Ortiz & Millin LP~~
~~1305 E. Nolana Loop, Ste. F~~
~~McAllen, TX 78504~~

{L & B 12433/0002/L0407072.DOC}

## LIMITED SERVICE LIST FOR
## USA DRY VAN LOGISTICS, L.L.C., *et al.*

*20 Largest Unsecured Creditors*
**Golagale Investment Co., LLC**
Aurelio Aleman
4405 S H ST
McAllen, TX 78503

Everhard & Company
Certified Public Accountants
PO Box 6137
McAllen, TX 78502-6137

George Gomez
2107 La Condesa
Edinburg, TX 78539

Sergio Lagos
2400 San Miguel
Mission, TX 78572

**LA & G Investments Co., L.L.C.**
Hidalgo County Tax Office
Hidalgo County Tax Assessor - Collector
PO Box 178
Edinburg, TX 78540

Art Salinas Engineering And Supplies
1524 Dove Ave
McAllen, TX 78504

Capital One
Attn: Commercial Loan Processing Dept.
P.O. Box 4649
Houston, TX 77210-4649

Lone Star National Bank
206 W. Ferguson
Pharr, TX 78577

**North American Trailer Rentals, L.L.C.**
Capital One Bank
509 S. Main
McAllen, TX 78501

GE Capital Solutions
PO Box 822108
Philadelphia, PA 19182-2108

Navistar Financial Corp
425 N Martingale Road Ste 1800
Schaumburg, IL 60173

Zions Credit Corporation
PO Box 26536
Salt Lake City, UT 84126-0536

**South Texas Petroleum, L.L.C.**
Argus Security Systems
314 Ash
McAllen, TX 78501

Armando Barrera Jr.
P.O. Box 178
Edinburg, TX 78540

Capital One
P.O. Box 650743
Dallas, TX 75265

CS Safety
P.O. Box 4527
McAllen, TX 78501

Department Of Public Safety
6200 Guadalupe Bldg. P
Austin, TX 78752-4019

Digital Office System
4800 W. Expressway 83
McAllen, TX 78501

DM2 Software Inc
7700 NE Greenwood Dr.Ste.200
Vancouver, WA 98662

Everhard & Company
P.O. Box 6137 78502
McAllen, TX 78502-6137

Fleetpride
P.O. Box 847118
Dallas, TX 75284-7118

FMA, INC.
P.O. Box 340021
Austin, TX 78734-0021

French-Ellison Truck Center
4300 N Cage Street
Pharr, TX 78577
GE Capital
P.O. Box 740425
Atlanta, GA 30374-0425

~~Hose Of South Texas~~
~~P.O. Box 9576~~
~~Corpus Christi, TX 78469~~

Marlin Leasing
P.O. Box 13604
Philadelphia, PA 19101

North American
Compliance Services
2390 Central Blvd. Ste, E
Brownsville, TX 78520

Paccar Financial
P.O. Box 676014
Dallas, TX 75267

People's Capital And Leasing
255 Bank Street
Waterbury, CT 06702

Premium Assignment Corporation
P.O. Box 3100
Tallahassee, FL 32315

Sprint
P.O. Box 4181
Carol Stream, IL 60197-4181

World Fuels Services
1101 5th Ave. Ste. 280
San Rafael, CA 94901

**USA Dry Van Logistics, L.L.C.**
VIPA Transportaciones SA de CV
Bertha Caballero No. 915
Col. Adnres Caballero
Escobedo, NL 66050
MEXICO

Fletes Pavi
Carr Autotonico Gdl KM 6
El Nacimiento
Atotonilco el Alto, JA 47779
MEXICO

HG Transportaciones
Carretera A Hunala KM 1.5
Apodaca
Nuevo Leon MEXICO

Gonzalez Trucking
Av. De la Convencion de 1914
Nte. Col. Morelos
Aguascalientes, AG 20140
MEXICO

## LIMITED SERVICE LIST FOR
## USA DRY VAN LOGISTICS, L.L.C., *et al.*

Transportes eLOLA,
SA de CV
Carr Mexico Queretaro
KM 34.5
Col. Las Conchitas
Cuautitlan, EM 54757
MEXICO

R. S. Transfer, SA de CV
1200 San Boca Chica Blvd.
Laredo, TX 78040

Transportadora Jema,
SA de CV
Carretera Mty
Monclova KM 5.3
Escobedo, NL 66057
MEXICO

Transportes Villaerral BerlangA
SA de CV
Blvd Ind de la transformacion
No. 3151 Zona Ind. Noroeste
Ramos Arizpe, CA 25900
MEXICO

Central De Fletes Monterrey SA
KM 21.5 Carr Nuevo Laredo
Piedras Negras, TM
MEXICO

Transportes de Nuevo Laredo, SA
de CV
Carr. Mty-Ldo KM 19.5 S/N
Col. Santa Rosa
Apodaca Nuevo Leon
MEXICO

Transportes Especial Autorizada
SA
Av. Independencia No. 28
Col. Independencia
54914, TL Edo de Mexico
MEXICO

Velotrans, SA de CV
Independencia No. 110
Col. Los Reyes
Tultitlan, MX 54900
MEXICO

Grupo Camionera Regional, SA
de CV
Marsala No. 240
Col. Valle de Santa Cecilia
64150 Monterrey Nuevo Leon
MEXICO

Autolineas MH, SA de CV
Carretera Laredo KM 26
Cienega De Flores, NL 65550
MEXICO

Super Transporte Internacional
SA CV
Carr Piedras Negras KM
17+777.35
Ejido San Francisco
Nuevo Laredo, TM 88176
MEXICO

Auto Express Hercules, SA de
CV
Camino Escobedo-El Carmen
201
Esobedo, NL
MEXICO

Rocio Karina Gutierrez De Hoyo
La Paz 220
McAllen, TX 78503

Carga Tamez, SA de CV
Chihuahua 4305
Nuevo Laredo, TM
MEXICO

Transportes Americanos
Carga Tamez, SA de CV
Chihuahua 4305
Nuevo Laredo, TM
MEXICO

Transportadora Egoba, SA de
CV
Av 5 de Febrero No. 1730
Zona Ind. Benito Juarez
Queretaro, QR 76130
MEXICO

**USA Log. Carriers, L.L.C.**
Capital One, NA
PO Box 650743
Dallas, TX 75265-0743

Comdata
PO Box 845738
Dallas, TX 75284-5738

Gallagher Bassett Services,
Inc.
8 Flowers Drive
Attn: Sally Mixell
Mechanicsburg, PA 17050

Cintas Corporation #538
700 Dawson Road
Mercedes, TX 78570

Southern Tire Mart
6875 Speedway Blvd., Suite
U-105
Las Vegas, NV 89115

Comcover Group, Inc.
2800 West State Road 84
Suite 116
Fort Lauderdale, FL 33312

Skybiz, Inc.
22455 David Drive, Suite 100
Sterling, VA 20164

French Ellison Truck Center
PO Box 200187
San Antonio, TX 78220

Hollon Oil Company
1300 Davenport
Weslaco, TX 78596

TMW Systems, Inc.
c/o US Bank
PO Box 643562
Cincinnati, OH 45264-3562

Peoplenet
NW 5489
PO Box 1450
Minneapolis, MN 55485-5489

Button McCumber & Cortez,
LLP
PO Box 5238
Brownsville, TX 78523-5238

Securities Security Services
USA
12672 Collections Center
Chicago, IL 60693

{L & B 12433/0002/L0407072.DOC}

## LIMITED SERVICE LIST FOR
## USA DRY VAN LOGISTICS, L.L.C., *et al.*

Blackhawk Security &
Investigations
PO Box 1311
Mission, TX 78573-1311

National Interstate
3250 Interstate Drive
Richfield, OH 44286-9000

North American Compliance
820 W. Price Road
Brownsville, TX 78520

Jackson Walker LLP
PO Box 130989
Dallas, TX 75313-0989

The Center of Industrial
Rehabilitation
709 S. Broadway
McAllen, TX 78501

Michelin North America, Inc.
PO Box 100860
Atlanta, GA 30384-0860

### USA Logistics Carriers, L.L.C.
FCC Equipment Financing
Bank One
Lockbox 905010
906 Tyvola Rd., Suite 108
Charlotte, NC 28217

Peoples Capital and Leasing
255 Bank Street, 4th Floor
Waterbury, CT 06702

Marquette Equipment Finance
6975 Union Park Ctr., Ste. 200
Midvale, UT 84047

GE Capital
PO Box 532617
Atlanta, GA 30353-2617

Bank of America Leasing &
Capital
KBROPH Mail Code IL 1-231-07-28
231 South LaSalle Street
Chicago, IL 60604

CSI Leasing, Inc.
PO Box 775486
St. Louis, MO 63177-5485

Paccar Financial Corp.
PO Box 676014
Dallas, TX 75267-6014

Alter Moneta Corp.
50 Lakefront Blvd.
Buffalo, NY 14202

Capital One Equipment
Dept. 153
PO Box 4889
Houston, TX 77210-4869

Center Capital Corporation
PO Box 330
Hartford, CT 06141-0330

Regions Equipment Finance
Corp.
PO Box 11407
Birmingham, AL 35246-1090

Navistar Financial Corporation
425 N. Martingale Road, 18th Fl.
Schaumburg, IL 60173

### L.A. & G. Laredo Investment Co, L.L.C.

Aurelio Aleman
4405 S. H St.
McAllen, TX

City of Laredo
Elizabeth Martinez
P.O. Box 6548
Laredo, TX 78042-6548

Compass Bank
3600 N. McColl
McAllen, TX 78504

LAG
3101 West Military Hwy.
McAllen, TX 78503

Naman, Howell, Smith
& Lee, PLLC
Kerry L. Halliburton
P.O. Box 1470
Waco, TX 76703-1470

UDV
3101 West Military Hwy.
McAllen, TX 78503

United I.S.D. Tax Office
3501 E. Saunders
Laredo, TX 78041

United States Trustee
Charles R. Sterbach
606 N. Carancahua
Suite 1107
Corpus Christi, TX 78476

Webb County Tax Assessor
Patricia Barrera
1110 Victoria St. #107
Laredo, TX 78042-8128

Diane W. Sanders
Linebarger Goggan Blair &
Sampson
PO Box 17428
Austin, Texas 78760-7428

George R. Meurer
Sigifredo Perez III
Kazen Meurer & Perez, LLP
211 Calle Del Norte, Ste. 200
P.O. Box 6237
Laredo, TX 78042-6237

{L & B 12433/0002/L0407072.DOC}